IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHERYL AKIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-173-RAW |
| ) | |
| ETS-LINDGREN L.P., and ) | |
| ) | |
| ETS-LINDGREN INC., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Cheryl Akin, and Defendant, ETS-Lindgren Inc., by and through their undersigned counsel, and hereby stipulate all claims presented by Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as to all parties (including ETS-Lindgren L.P.) pursuant to Rule 41 of the Federal Rules of Civil Procedure. Each party shall bear its own attorney's fees and costs.

Respectfully submitted,

HAMMONS, GOWEN & HURST

_____
Amber L. Hurst
325 Dean A. McGee Ave.
Oklahoma City, OK 73102
(405) 235-6100 - Telephone
(405) 235-6111 - Facsimile

Attorneys for Plaintiff

McMAHON BERGER P.C.

_____
Thomas O. McCarthy, PHV
Robert D. Younger, PHV
2730 North Ballas Road, Suite 200
St. Louis, MO 63131-3039
(314) 567-7350 - Telephone
(314) 567-5968 – Facsimile

Michael L. Carr, #17805
HOLDEN & CARR
First Place
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888
(918) 295-8889 - facsimile

Attorneys for Defendants